**THOMSON & PRATT INSURANCE ASSOCIATES, INC., Appellant,**

v.

**Condoleezza RICE, Secretary of State, Appellee.**

No. 05–1502.

United States Court of Appeals, Federal Circuit.

Aug. 16, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

**NATIONAL CANDLE ASSOCIATION, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Dongguan Fay Candle Co., Ltd., TIJID, Inc. (doing business as DIJIT, Inc.), and Palm Beach Home Accents, Inc., Defendants–Appellants.**

No. 05–1424.

United States Court of Appeals, Federal Circuit.

Aug. 16, 2005.

*ORDER*

In accordance with this court's June 15, 2005 order directing that if counsel for appellants did not enter an appearance by July 15, 2005, this appeal would be dismissed,[*]

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) National Candle Association's motion to dismiss is moot.

(3) All sides shall bear their own costs.

---

[*] An entry of appearance was received on July 5, 2005 but was rejected because counsel was not a member of the bar of this court. It appears that no other document have been submitted.